THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY E. COIL, Appellant. [705 NYS2d 540] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Steuben County, Bradstreet, J.—Violation of Probation.) Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Lawton, JJ. (Filed Mar. 6, 2000.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHERYL DAVIS, Appellant. [706 NYS2d 919] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Attempted Assault, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL FORD, Appellant. [706 NYS2d 921] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Erie County Court, D'Amico, J.—Criminal Contempt, 2nd Degree.) Present—Green, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 13, 2000.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SUSAN HATFIELD, Appellant. [706 NYS2d 920] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P ., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 13, 2000.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD H. HEALEY, Appellant. [706 NYS2d 920] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Furfure, J.—Attempted Arson, 3rd Degree.) Present—Green, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 13, 2000.)